# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA,

V.

**MARYJANE GONZAL QUINDO**

**NOTICE**

CASE NUMBER: CR-04-00048-002

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| SENTENCING | |

**FILED**
DISTRICT COURT OF GUAM
AUG - 5 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that the sentencing hearing in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam | Tuesday, August 9, 2005 at 9:30 a.m. | Tuesday, August 9, 2005 at 3:00 p.m. |

MARY L. M. MORAN
CLERK OF COURT

August 5, 2005
DATE

(BY) DEPUTY CLERK

TO:     U.S. Attorney
         Federal Public Defender
         U.S. Probation Office
         U.S. Marshal