LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
AUG - 5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARYJANE GONZAL QUINDO,<br><br>    Defendant. | CRIMINAL CASE NO. 04-00048<br><br>GOVERNMENT'S MOTION<br>FOR A DOWNWARD DEPARTURE<br>UNDER USSG § 5K1.1 AND<br>18 U.S.C. § 3553(e) |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the applicable total offense level to Level 25, which will yield an advisory guideline range of 57 to 71 months with Criminal History Category I. The government intends to recommend the minimum term under said range, and the reasons for such recommendation are set forth in a memorandum, which the government is seeking to lodge under seal for reasons of security.

RESPECTFULLY SUBMITTED this 5th day of August 2005.

                                    LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and CNMI

By: _____
        MARIVIC P. DAVID
        Assistant U.S. Attorney