# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **AMENDED NOTICE** |
| **MARYJANE GONZAL QUINDO** | CASE NUMBER: CR-04-00048-002 |

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| TYPE OF PROCEEDING | DATE AND TIME |
| **SENTENCING** | |

FILED
DISTRICT COURT OF GUAM
AUG - 8 2005
MARY L.M. MORAN
CLERK OF COURT

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Tuesday, August 9, 2005 at 3:00 p.m. | Wednesday, August 10, 2005 at 2:30 p.m. |

MARY L. M. MORAN
CLERK OF COURT

August 8, 2005
DATE

(BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Federal Public Defender Service Corporation
     U.S. Probation Office
     U.S. Marshal Service