| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> MaryJane Gonzal Quindo, <br><br> Defendant. | Case No. 1:04-cr-00048 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment, filed August 12, 2005* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *August 16, 2005* | *August 16, 2005* | *August 16, 2005* | *August 15, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment, filed August 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 16, 2005     /s/ Marilyn B. Alcon
                                         Deputy Clerk