

FILED
DISTRICT COURT OF GUAM

SEP 14 2005 ๙ฅ

MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 04-00048-002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARY JANE GONZAL QUINDO | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Informational Violation Report.**

On November 4, 2004, the above referenced defendant made an Initial Appearance on an Indictment charging her with Count I: Conspiracy to Import Methamphetamine, in violation of Title 21, United States Code, Sections 952(a) 960, and 963; and Count III: Importation of Methamphetamine in violation of Title 21, United States Code, Sections 952(a), 960 and Title 18 United States Code, Section 2. On December 11, 2004, she plead guilty to both counts. On August 10, 2005, Ms. Quindo was sentenced by Judge Consquelo Marshall to 30 months imprisonment with credit for time served and was ordered to self surrender on October 14, 2005. She was released on a personal recognizance bond with conditions. She is alleged to have committed the following violations:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On September 9, 2005, the defendant tested presumptively positive for the use of methamphetamine and admitted in writing to using on September 8, 2005. Ms. Quindo was advised that the information received will be reported to the Court and was counseled regarding her behavior.

**Supervision Compliance:** The probation officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

ORIGINAL

**Recommendation:** This report is informational in nature and the probation officer respectfully requests that no action be taken. At this time, Marivic David, Assistant United States Attorney and John Gorman, Federal Public Defender, have been informed of the defendant's violation.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _GRACE D. FLORES_____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

_ROSSANNA VILLAGOMEZ-AGUON_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     Marivic P. David, AUSA
        John Gorman, Defense Counsel
        File